# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 AUG 16 AM 9: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 2010CR2374-JLS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RUBEN DARIO CASTRO PEREZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

___     the Court has granted the motion of the Government for dismissal; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) of: <u>8 USC 1326 Deported alien found in the United States.</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 13, 2010

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ENTERED ON _____